

2019 MAY 15 PM 3: 47

CLERK... DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )    I N D I C T M E N T |
| | )    **3:19 CR 302** |
| Plaintiff, | )    **JUDGE HELMICK** |
| v. | )    CASE NO.   **MAG. JUDGE KNEPP** |
| | )    Title 18, United States Code, |
| CALEB T. POOLE | )    Section 844(i) |
| Defendant. | ) |

### COUNT 1
(Destroying or Damaging Property Used in Interstate Commerce, in violation of 18 U.S.C. §§ 844(i))

The Grand Jury charges:

On or about May 6, 2019, in the Northern District of Ohio, Western Division, Defendant CALEB T. POOLE did maliciously damage and destroy, by means of fire and an explosive, any building and real property, that is Walmart, located in Kenton, Ohio, which building and real property was used in interstate commerce and in an activity affecting interstate commerce, that resulted in personal injury to any person, in violation of Title 18, United States Code, Section 844(i).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

ORIGINAL